# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand twenty-one.

Before: Dennis Jacobs,
José A. Cabranes,
Steven J. Menashi,
*Circuit Judges.*

---

Brooklyn Center for Independence of the Disabled, a nonprofit organization, Bronx Independent Living Services, a nonprofit organization, Harlem Independent Living Center, a nonprofit organization, Center for Independence of the Disabled, New York a nonprofit organization, Disabled In Action of Metropolitan, New York a nonprofit organization, New York Statewide Senior Action Council, a nonprofit organization, Sasha Blair-Goldensohn, an individual, Chris Pangilinan, an individual, Dustin Jones, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

v.

Metropolitan Transportation Authority, a public benefit corporation, Veronique Hakim, in her official capacity as interim executive director of the Metropolitan Transportation Authority, New York City Transit Authority, a public benefit corporation, Darryl C. Irick, in his official capacity as acting president of the New York City Transit Authority,

Defendants - Appellees,

The City of New York,

Defendant.

**JUDGMENT**

Docket No. 20-1433

---

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court